No. 278. FORT SMITH SUBURBAN RY. CO. ET AL. v. KANSAS CITY SOUTHERN RY. CO. On writ of certiorari to the Supreme Court of Arkansas. Argued January 11, 1933. Decided January 16, 1933. *Per Curiam:* The writ of certiorari herein is dismissed as improvidently granted. *Mr. Thomas B. Pryor,* with whom *Mr. Edward J. White* was on the brief, for petitioners. *Mr. Frank H. Moore,* with whom *Messrs. James B. McDonough, A. F. Smith, Wm. E. Davis,* and *Samuel W. Moore* were on the brief, for respondent.

No. —, original. EX PARTE MODER ET AL. Motion submitted January 9, 1933. Decided January 16, 1933. The motion for leave to file a petition for writ of *habeas corpus* is denied. *Mr. Jesse C. Duke* for petitioners.

No. —, original. CARVILL v. MASSACHUSETTS. January 16, 1933. Motion for leave to file bill of complaint denied. *Mr. Clarence Carvill, pro se.* No appearance for defendant.

No. 5, original. WISCONSIN ET AL. v. ILLINOIS ET AL.; No. 8, original. MICHIGAN ET AL. v. SAME; and No. 9, original. NEW YORK ET AL. v. SAME. Motion submitted January 12, 1933. Decided January 16, 1933. The motion to amend the decree herein is denied. *Messrs. Stratton Shartel, L. D. Smith, H. L. Norwood, J. W.*